U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 25 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAMERON PARISH SCHOOL BOARD** | : | **DOCKET NO. 06-1970** |
| VS. | : | **JUDGE MINALDI** |
| **RSUI INDEMNITY COMPANY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Presently before the Court are cross-motions for partial summary judgment. Specifically, Defendant RSUI Indemnity Company (hereinafter "RSUI") filed, pursuant to Fed. R. Civ. P. 56, a Motion for Partial Summary Judgment to Dismiss Plaintiff's Claims for Flood Damage Pursuant to the Flood Exclusion and Anti-Concurrent Causation Clause [doc. 24]. Plaintiff Cameron Parish School Board (hereinafter "CPSB") has filed a Cross-Motion for Partial Summary Judgment as to the Inapplicability of the Anti-Concurrent Causation Clause [doc 34].

For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that RSUI's Motion for Partial Summary Judgment [doc. 24] is hereby GRANTED;

IT IS FURTHER ORDERED that CPSB's Cross-Motion for Partial Summary Judgment [doc. 34] is hereby DENIED.

Lake Charles, Louisiana, this 23 of August, 2008.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE