U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 2 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAMERON PARISH SCHOOL BOARD** | : | **DOCKET NO. 2:06 CV 1970** |
| VS. | : | JUDGE MINALDI |
| **RSUI INDEMNITY COMPANY** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the Court is a Motion For Partial Summary Judgment as to the Applicability of the 2006 Amendment to La. Rev. Stat. Ann. § 22:658 [doc. 37], filed by the plaintiff, Cameron Parish School Board (hereinafter "CPSB"). For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that CPSB's Motion For Partial Summary Judgment as to the Applicability of the 2006 Amendment to La. Rev. Stat. Ann. § 22:658 [doc. 37] is hereby DENIED.

Lake Charles, Louisiana, this ___ day of _____, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE